IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT § | |
| OF HYDRA OPS, LLC AND SUBSEA § | |
| RESPONDER, LLC   AS OWNERS AND § | C.A. NO. 1:25-CV-00069 |
| OWNERS PRO HAC VICE  OF THE § | JUDGE MICHAEL J. TRUNCALE |
| M/V SUBSEA RESPONDER FOR § | (ADMIRALTY) |
| EXONERATION FROM OR LIMITATION § | |
| OF LIABILITY § | |

## PETITIONERS' NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Hydra Ops, LLC ("Hydra Ops"), and Subsea Responder, LLC ("Subsea") as owners and owners *pro hac vice* of the *M/V Subsea Responder* (hereinafter jointly referred to as the "Limitation Petitioners"), and file this Notice of Settlement concerning the above-styled and numbered cause. Petitioner will file the appropriate nonsuit pleadings after the settlement documents are finalized.

                    Respectfully submitted,
                    **NORK MENDEZ PLLC**
                    */s/ Alejandro Mendez-Roman*
                    Thomas R. Nork
                    TBA No. 15078500
                    tnork@norkmendez.com
                    2002 Timberloch Place, Suite 200
                    The Woodlands, Texas 77380
                    Telephone: (281) 210-1336
                    **ATTORNEYS FOR LIMITATION PETITIONERS HYDRA OPS, LLC AND SUBSEA RESPONDER, LLC**

**OF COUNSEL:**
**NORK MENDEZ PLLC**
Alejandro Mendez-Roman
Federal ID No. 2295449
State ID No. 24102778
amendez@norkmendez.com
William A. Durham

TBA No. 06281800
adurham@norkmendez.com