IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE | § | |
| COMPLAINT OF HYDRA OPS, LLC | § | |
| AND SUBSEA RESPONDER, LLC, AS | § | CIVIL ACTION NO. 1:25-CV-00069 |
| OWNERS AND OWNERS PRO HAC | § | JUDGE MICHAEL J. TRUNCALE |
| VICE OF THE M/V SUBSEA | § | |
| RESPONDER FOR EXONERATION | § | (ADMIRALTY) |
| FROM OR LIMITATION OF | § | |
| LIABILITY | § | |

## ORDER ON CLOSING DOCUMENTS

Before the Court is the Petitioners' Notice of Settlement. [Dkt. 12].  Petitioners advise the Court that the Parties have settled this matter.

It is therefore **ORDERED** that all Parties or their counsel shall submit to the Court all papers necessary for the closing of this case and its removal from the active docket of this Court on or before **May 16, 2025**. **If such papers are not received by the Court by the scheduled deadline, the Court may order dismissal of this action without further notice.** Within sixty (60) days of a dismissal order, any party may petition to have the case reinstated upon showing good cause as to why settlement was not in fact consummated.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**.

**SIGNED this 9th day of April, 2025.**

_Michael J. Truncale_
Michael J. Truncale
United States District Judge